IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-CR-00139-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| CHARLES HUNTER NIXON, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se Motion for Compassionate Relief. [DE 68]. Defendant requests that the court provide information concerning changes to 18 U.S.C. § 924(c)(1)(a) that took effect after his sentencing in November 2021. *Id.* He does not, however, put forward a substantive basis for a reduction in his sentence. *See id.* Under the First Step Act, Defendant bears the burden of demonstrating an extraordinary and compelling reason for relief. *See* 18 U.S.C. § 3582(c)(1)(A)(i). Because he has not done so here, his motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 22d day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE